296 U.S. 657
 56 S.Ct. 382
 80 L.Ed. 468
 Robin P. ALLEN, petitioner,
v.
The CLOISTERS BUILDING CORPORATION et al.*
 No. 617.
 Supreme Court of the United States
 January 6, 1936
 
 Messrs. Meyer Abrams and Max Shulman, both of Chicago, Ill., for petitioner.
 
 
 1
 For opinion below, see In re Cloisters Bldg. Corp., 79 F.(2d) 694.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.
 
 
 
 *
 Rehearing denied 297 U. S. 727, 56 S. Ct. 496, 80 L. Ed. 1010.